

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00129-CV

**LONE STAR STEEL AKA BRAD STANDLEE
DBA LONE STAR STEEL,**

**Appellant**

**v.**

**SANDERS PLUMBING, INC.,**

**Appellee**

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. 200900254**

_____

## O R D E R

_____

We have been notified of the death of appellee's counsel. Although there is no formal procedure to delay this proceeding for this circumstance, in the interest of justice, we abate this proceeding to allow appellee time to locate new counsel.

The appeal and all appellate deadlines are abated as of the date of this Order. The appeal will be automatically reinstated on December 9, 2013. Any deadline that began to run and has not expired by the date of this Order will begin anew as of the

date the appeal is reinstated. Any document filed by a party after the date of this Order and prior to the reinstatement of the appeal will be deemed filed on the same day, but after, the appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed October 10, 2013